# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2021

161140 & (20)

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

DERICO J. THOMPSON,
　　　　Defendant-Appellant.

SC: 161140
COA: 351013
Wayne CC: 00-008732-FC

_____/

　　　　By order of October 2, 2020, the prosecuting attorney was directed to answer the application for leave to appeal the February 20, 2020 order of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion for appeal bond is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2021



t0421

Clerk